UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN VERNON FIELDS,<br><br>                Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00298-MMD-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner John Vernon Fields. Before the Court are several motions for extension of time by both parties. Good cause appearing, it is ordered that petitioner's first, second, and third motions for extension of time to file an amended petition (ECF Nos. 11, 12, and 13) are all granted *nunc pro tunc*.

It is further ordered that respondents' motion for extension of time to file a response to the petition (ECF No. 17) is granted. Respondents will file their response within thirty-five (35) days of the date of this order.

DATED THIS 6th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE