UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN VERNON FIELDS,<br><br>                Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00298-MMD-CBC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner John Vernon Fields. Before the Court are motions for extension of time by both parties. The Court finds good cause to grant the motions.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 40) is granted *nunc pro tunc*.

It is further ordered that Petitioner's two motions for extension of time to file a reply in support of the petition (ECF Nos. 43, 44) are both granted *nunc pro tunc*.

DATED THIS 29th day of August.

                                                MIRANDA M. DU
                                                UNITED STATES DISTRICT JUDGE