1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5                                * * *

6    JOHN VERNON FIELDS,                    Case No. 3:16-cv-00298-MMD-CLB

7                          Petitioner,                    ORDER

     v.
8
     RENEE BAKER, *et al.*,
9
                           Respondents.
10

11          This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. §

12   2254 by Nevada state prisoner John Vernon Fields. Fields has filed a motion for

13   temporary restraining order seeking his release from custody in light of the global

14   pandemic of the highly contagious COVID-19 virus (ECF No. 52). He explains that he is

15   69 years-old and currently in the custody of the Nevada Department of Corrections at

16   High Desert State Prison ("HDSP"). He alleges that he suffers from several serious

17   medical issues that make him particularly vulnerable to severe illness or death if infected

18   by the COVID-19 virus. He further states that at least 1 HDSP guard has been confirmed

19   to have contracted COVID-19. Fields seeks immediate release pending a final decision

20   on the merits of his § 2254 petition.

21          In light of the emergent nature of the allegations, the Court directs a response to

22   the motion within *3 days* of the date of this order.

23          It is therefore ordered that Respondents must file and serve a response to the

24   motion for temporary restraining order (ECF No. 52) within *3 days* of the date that this

25   order is entered.

26   ///

27   ///

28   ///

1    It is further ordered that Petitioner must file his reply, if any, within 5 days of the

2    date that Respondents file their response.

3

4

5

                                    _____
                                    MIRANDA M. DU
                                    CHIEF UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28